IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | NO. 6:17CR01 |
| | § | JUDGE CLARK |
| SHARON DURHAM | § | |

## ELEMENTS OF THE OFFENSE

COMES NOW, the United States of America, by and through the United States Attorney for the Eastern District of Texas, and files this pleading summarizing the elements of the offense to which the defendant intends to enter a plea of guilty to Count One of the information:

Title 20, United States Code, Section 1097(a), makes it a crime for anyone to steal or obtain by fraud any funds, assets, or property provided or insured under Title 20, Chapter 28, Subchapter IV of the United States Code, specifically under the Federal Pell Grant Program and the William D. Ford Federal Direct Loan Program.

To establish that the defendant is guilty of student financial aid fraud, the government must prove the following beyond a reasonable doubt:

*First:* That the funds, assets, or property described in the information, approximately $24,689, were provided or insured by the Federal Pell Grant Program and the William D. Ford Federal Direct Loan Program;

*Second:* That the defendant knowingly and willfully stole and obtained the funds, assets, or property by fraud, false statement, or forgery; and

Elements of the Offense – Page 1

*Third:* That the funds, assets, or property had a value in excess of $200 at the time alleged.

Respectfully submitted,

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

*/s/ Nathaniel C. Kummerfeld*
NATHANIEL C. KUMMERFELD
Assistant United States Attorney
Texas Bar No. 24060122
110 N. College, Ste. 700
Tyler, TX 75702
(903) 590-1400
(903) 590-1439 (fax)
Nathaniel.Kummerfeld@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Elements of the Offense was served on counsel of record for defendant via the court's CM/ECF on this the 30th day of January, 2017.

*/s/ Nathaniel C. Kummerfeld*
Nathaniel C. Kummerfeld
