IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 6:17CR01 |
| | § | JUDGE CLARK |
| SHARON DURHAM | § | |

## **FACTUAL BASIS**

Investigation by the United States Department of Education – Office of the Inspector General (ED-OIG) and United States Secret Service (USSS) disclosed the following facts that establish that I, the defendant, **Sharon Durham**, violated 20 U.S.C. § 1097(a). I accept the following factual basis as true and correct:

1. Beginning in or around October 2013, and continuing without interruption until in or around January 2015, in the Eastern District of Texas, I, acting in concert with and aided and abetted by Shanitra Frost, knowingly and willfully stole and obtained by fraud, false statements, and forgery student financial aid.

2. The money we stole and obtained by fraud, false statements, and forgery was provided in part by the Federal Pell Grant Program and the William D. Ford Federal Direct Loan Program.

3. I understand that these programs are provided and insured under Title 20, Chapter 28, Subchapter IV of the United States Code.

4. The funds, assets, or property provided by these programs had a value in excess of $200, in the approximate amount of $24,689.

Factual Basis - Page 1

5. **Sharon Durham** acknowledges that these acts constitute a violation of 20 U.S.C. § 1097(a) (Student Financial Aid Fraud).

I hereby stipulate that the facts described above are true and correct and accept them as the uncontroverted facts of this case.

Dated: 01-30-17

*Sharon Durham*
Defendant

**Defendant's Counsel's Signature and Acknowledgment:**

I have read this Factual Basis and the Plea Agreement in this matter and have reviewed them with my client, **Sharon Durham**. Based upon my discussions with my client, I am satisfied that she understands the terms and effects of the Factual Basis and the Plea Agreement and that she is signing this Factual Basis voluntarily.

Dated: 1/30/17

Craig Bass
Attorney for Defendant